HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:25-CR-00108-KES |
| *Plaintiff,* | ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| NIDAL AWAWDAH, | ) ) | |
| *Defendant.* | ) ) ) | |

Defendant, Nidal Awawdah, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking a modification to a term of her supervised release.

Ms. Awawdah is currently serving a 5-year term of supervised release that began on March 20, 2025. Ms. Awawdah submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing her Financial Affidavit, it is respectfully recommended that counsel be promptly appointed.

DATED:  July 9, 2025                                         */s/ Peggy Sasso*
                                                                            PEGGY SASSO
                                                                            First Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**July 9, 2025**__          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE